OSCN Found Document:IN RE APPOINTMENT OF MEMBERS TO THE JUDICIAL ETHICS ADVISORY PANEL

 

 
 

 
 IN RE APPOINTMENT OF MEMBERS TO THE JUDICIAL ETHICS ADVISORY PANEL
2020 OK 40
Decided: 05/11/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 40, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

In Re: Appointment of Members to the Judicial Ethics Advisory Panel

ORDER

Pursuant to SCAD-2020-35, the Rules of the Judicial Ethics Advisory Panel ("Panel"), Title 5 O.S. Chap1, App. 4D, the following individuals are appointed to serve on the panel effective immediately:

1) Edward Cunningham for a term ending on June 30, 2025;

2) Bill Hetherington, for a term ending on June 30, 2023;

3) April Sellers White, for a term ending on June 30, 2022;

4) Jerry Bass, to complete the unexpired term of Tom Landrith ending on June 30, 2022; and,

5) Allen McCall, for a term ending on June 30, 2022.

The duties and responsibilities of the panel are defined in SCAD-2020-35.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 11TH DAY OF MAY, 2020.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.